JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>) <br>  v. )<br>)<br>JUAN RINCON-LOPEZ, )<br>        Defendant. )<br>_____ ) | CR 09-5452 RJB<br><br>ORDER PERMITTING SUBSTITUTION<br>OF COUNSEL |

THE COURT, having considered defendant's motion to substitute counsel, hereby makes the following findings:

    1. A conflict of interest exists between the defendant and his present attorney, Keith MacFie, as a result of defendant's anticipated motion to withdraw his plea.

    2. Mr. MacFie is permitted to withdraw as counsel, and Daron Morris is substituted in his place.

DONE this 17th day of May 2010.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER SUBSTITUTING COUNSEL       1